No. 98–659. PAUL *v.* WILLIAM MORROW & CO., INC., ET AL., *ante,* p. 1094. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.